UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Guy I. Green,

    Plaintiff,

v.

Thomas Roy, Emily Johnson Piper, Nancy Johnston, Lori Swanson, Minnesota Attorney General, Minnesota Sentencing Commission, and Jane and John Does, in their official and individual capacities,

    Defendants.

Case No. 19-cv-454 (JNE/HB)
ORDER

In a Report and Recommendation dated April 8, 2019, the Honorable Hildy Bowbeer, United States Magistrate Judge, recommended that this action be dismissed without prejudice. No objection to the Report and Recommendation has been received. The Court accepts the recommended disposition [Docket No. 4]. Therefore, IT IS ORDERED THAT:

    1.    This action is DISMISSED WITHOUT PREJUDICE as duplicative of *Greene v. Osborne-Leivian*, Case No. 19-cv-533 (ECT/TNL).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 10, 2019

    s/ Joan N. Ericksen
    JOAN N. ERICKSEN
    United States District Judge